Eastern District of Kentucky
**F I L E D**

MAY 2 6 2015

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## LONDON

CRIMINAL ACTION NO. *15-19-GFVT*

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**V.**                          **WAIVER OF INDICTMENT**

**ROY WAYNE COMBS**                                              **DEFENDANT**

\*     \*     \*     \*     \*

I understand that I have been accused of an offense punishable by imprisonment for more than one year.   I was advised in open court of my rights and the nature of the proposed charge against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

_____
Roy Wayne Combs
Defendant

_____
Pamela Ledgewood
Attorney for Defendant

Before: _____
UNITED STATES DISTRICT JUDGE   MAGISTRATE

Date: _____5/26/15_____