PROB 12A
(6/2013)

# United States District Court
## for the
## Eastern District at London

JAN 1 0 2019

# Report on Offender Under Supervision

Name of Offender:   Roy Combs                                  Case Number:   6:15-CR-19-GFVT

Name of Sentencing Judicial Officer:   The Honorable Gregory F. Van Tatenhove, U.S. District Judge

Date of Original Sentence:   April 25, 2016

Original Offense:   False Statements Relating to Health Care Matter

Original Sentence:   Three years probation

Type of Supervision:   Probation            Date Supervision Commenced:   April 25, 2016

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number   Nature of Noncompliance
       1                      The defendant is due to expire from supervision on April 24, 2019 and the restitution
                              is not paid in full.


U.S. Probation Officer Action:

This officer believes that Roy Combs has paid towards the restitution to the best of his ability while on supervision. Since December 26, 2018, the defendant has paid $4,000.00 toward the obligation(s). There is a remaining balance of $5,527.51. Based on this information, this officer recommends that the defendant's supervision be allowed to expire on the scheduled date of April 24, 2019.

Respectfully submitted,

/s/ Matthew D. Armstrong

Matthew D. Armstrong
U.S. Probation Officer
Date: 1/9/2019

☑  Approved
☐  Submit a Request for Modifying the Condition or Term of Supervision
☐  Submit a Request for Warrant or Summons
☐  Other

January 9, 2019
Page 2

RE:  Combs, Roy
     Dkt. # 6:15-CR-19-GFVT
     Report on Offender Under Supervision

_____
Signature of Judicial Officer

1-9-2019
_____
Date