# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

**CRIMINAL NO. 15-CR-19-GFVT-HAI**

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

**V.**          **NOTICE BY UNITED STATES OF AUSA REPLACEMENT**

**ROY COMBS**                                                               **DEFENDANT**

\* \* \* \* \* \*

The United States gives notice that the undersigned Assistant United States Attorney replaces Assistant United States Attorney Andrew Sparks as counsel for the United States in the above-listed case. All future pleadings and orders should be sent to the undersigned and no longer to Mr. Sparks.

                                               Respectfully Submitted,

                                               ROBERT M. DUNCAN, JR
                                               UNITED STATES ATTORNEY

By:    s/Paul McCaffrey
           Assistant United States Attorney
           260 W. Vine Street, Suite 300
           Lexington, Kentucky 40507-1612
           (859) 685-4820
           Paul.McCaffrey@usdoj.gov

CERTIFICATE OF SERVICE

On January 7, 2010, I electronically filed this document through the ECF system, which will send the notice of electronic filing to all parties of record.

s/Paul McCaffrey  
Assistant United States Attorney